IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00070-MSK-MJW

ANDREW D JOHNSON,

Plaintiff,

v.

RUSSELL GRANGER, JUDGE,
R. THOMAS MOORHEAD,
CORDES & COMPANY,
MARK R WAGNER, and
DOE DEFENDANT,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Costs of Service on Defendants (docket no. 9) is DENIED for all of the reasons as stated in the Response (docket no. 33) which this court incorporates by reference as my basis for denying this motion.

It is FURTHER ORDERED that the Unopposed Motion by Defendant to Vacate Scheduling Conference and Stay Rule 26(a) Disclosures Pending Determination of Motion to Dismiss (docket no. 46) is GRANTED as follows.  The Rule 16 Scheduling Conference set on March 31, 2015, at 2:00 p.m. Mountain Time will be converted to a Status Conference.  The court will allow Plaintiff to participate by telephone at this Status Conference.  Plaintiff shall call into the court at 303-844-2403 on March 31, 2015, at 2:00 p.m. Mountain Time.  The court reminds Plaintiff it is Mountain Time and not Eastern Time.  Plaintiff and counsel should be prepared to discuss with the court the status of the outstanding motions.

Date: March 11, 2015