IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-00070-MSK-MJW

ANDREW D. JOHNSON,

    Plaintiff,

v.

RUSSELL GRANGER, JUDGE,
R. THOMAS MOORHEAD,
CORDES & COMPANY,
MARK R. WAGNER, and
DOE DEFENDANT,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the ElectronicText Order by Chief Judge Marcia S. Krieger (**Doc. #58**) filed on May 12, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #57**) GRANTING the Motion to Dismiss (**Doc. #38**); DENYING the Motion for Leave (**Doc. #41**) and GRANTING Motion to Dismiss (**Doc. #42**), it is

ORDERED that:

The Recommendation of Magistrate Judge Watanabe (**Doc. #57**) is **ADOPTED** in accordance with (**Doc. #58**).

The case is closed.

Dated this 14th day May, 2015.

ENTERED FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/Patricia Glover
  Deputy Clerk